In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the ELIMINATION OF THE EXISTING HIGHWAY-RAILROAD CROSSING AT GRADE of the Railroad Operated by The New York Central Railroad Company and Ashford Avenue in the Village of Dobbs Ferry, Westchester County. (Case No. 5970.) THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC

828

SERVICE COMMISSION (STATE DIVISION, DEPARTMENT OF PUBLIC SERVICE), SUPERINTENDENT OF PUBLIC WORKS OF THE STATE OF NEW YORK, and the COUNTY OF WESTCHESTER, Respondents.— Order of the Public Service Commission dated February 18, 1936, as amended by order dated April 21, 1936, directing the elimination of a grade crossing at Ashford avenue, in the village of Dobbs Ferry, Westchester county, and orders denying the applications of the New York Central Railroad Company for a rehearing, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.